*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| NANCY ROBERTS,<br><br>    Plaintiff,<br><br>v.<br><br>APPELLATION WINE AND SPIRITS, APPELLATION WINE & SPIRITS OF RENO, LLC, RALPH LEONE, and DOES I-X,<br><br>    Defendants.<br>_____/ | 3:09-cv-0152-RAM<br><br>**JUDGMENT** |

Pursuant to this Court's Order Granting Motion for Sanctions (#48) causing Judgment to be entered in favor of Plaintiff, NANCY ROBERTS, and against Defendants APPELLATION WINE & SPIRITS, APPELLATION WINE & SPIRITS OF RENO, LLC, and RALPH LEONE, a Hearing to set damages, including costs and attorney's fees was held on July 7, 2010.  Plaintiff NANCY ROBERTS appeared personally with her attorneys ERICKSON, THORPE & SWAINSTON, LTD., BRENT L. RYMAN, ESQ., and CHARITY F. FELTS, ESQ., and Defendants APPELLATION WINE AND SPIRITS and APPELLATION WINE & SPRITS of RENO, LLC, appeared through their attorney, KEN MCKENNA, ESQ., and Defendant RALPH LEONE failed to appear despite due notice.

ERICKSON, THORPE &
SWAINSTON, LTD.

1  NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED
2  that Judgment be entered in favor of the Plaintiff and against the Defendants, jointly and
3  severally, in the amount of $275,222.28, of which $104,405.97 represents backpay subject
4  to prejudgment interest at the legal rate, and the remainder of said amount shall be subject
5  to post-judgment interest at the legal rate.
6  DATED: July 28, 2010.

_____
U.S. MAGISTRATE JUDGE

10  ///
11  ///
12  ///
13  ///
14  ///
15  ///
16  ///

17  Approved as to form.

_____
KEN MCKENNA, ESQ.
*Attorney for Appellation Wine and Spirits,*
*Appellation Wine & Spirits of Reno, LLC*

7/27/10
DATE

ERICKSON, THORPE &
SWAINSTON, LTD.

2